UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

TOSHA J. DAVIS  CIVIL ACTION 3-04-1246

VERSUS

COMMISSIONER OF SOCIAL
SECURITY  U.S. MAGISTRATE JUDGE JAMES D. KIRK

JUDGMENT

For the reasons stated in the Ruling issued this date, it is ordered that defendant pay to plaintiff attorney's fees in the amount of $3,800.00 and costs in the amount of $77.75 .

E-SIGNED this 8th day of July, 2005.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE